IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:
DIVISION:
JUDGE:

GLENDA MILEY and RAY MILEY, her
husband,
    Plaintiffs,

vs.

WAL-MART ASSOCIATES, INC., a
foreign profit corporation,
    Defendant.
_____

### COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiffs Glenda Miley and Ray Miley, her husband, sue Defendant Wal-Mart Associates, Inc., a foreign profit corporation, and allege as follows:

### GENERAL ALLEGATIONS

1. This is an action for damages in excess of $75,000.00 exclusive of interest and costs.

2. At all times relevant, Plaintiffs Glenda Miley and Ray Miley have been residents of Jacksonville, Duval County, Florida.

3. At all times relevant, Defendant Wal-Mart Associates, Inc., has been a foreign profit corporation:

    (a) operating, conducting, engaging in or carrying on a business in this state having an office or agency and an agent or other representative in this state including Duval County; and/or

(b)　engaged in substantial, and not isolated, activity within the state of Florida including Duval County, Florida.

## COUNT I

4.　Plaintiff Glenda Miley realleges paragraphs 1 through 3 above as fully set forth herein, and further alleges:

5.　At all times relevant, Defendant Wal-Mart Associates, Inc., owned, leased or otherwise had a right of possession and control over the Wal-Mart Supercenter (#4444) located at 10251 Shops Lane, Jacksonville, Duval County, Florida (hereinafter referred to as "the property").

6.　At all times relevant, there was a pallet on the floor that was the same or similar color as the floor it was on, sticking out from under the bottom edge a large box containing televisions and/or other merchandise that was on top of the pallet in the electronics section of the property (hereinafter referred to as "the dangerous condition").

7.　On January 12, 2022, Plaintiff Glenda Miley was walking with her husband Ray Miley in the Wal-Mart Supercenter as a customer and was an invitee of Defendant Wal-Mart Associates, Inc. on the property.

8.　At that time and place, while walking as an invitee through the area where the dangerous condition existed, Glenda Miley's foot caught the pallet that was sticking out from under the large box and she tripped and fell to the ground and was injured as a result of the dangerous condition on the property at the Wal-Mart Supercenter.

9.　At the time of the incident, Defendant Wal-Mart Associates, Inc., owed a duty to Glenda Miley and other invitees of the property to maintain the area in a reasonably safe condition and to prevent or correct any dangerous condition in the area that Defendant knew or should have known about and/or warn of any dangerous condition or other foreseeable hazards on the property.

9.  Prior to the incident, Defendant Wal-Mart Associates, Inc., created, knew or should have known through the exercise of reasonable care about the dangerous condition where the fall occurred on the property.

10. On or about the above date, Defendant Wal-Mart Associates, Inc., negligently breached its duty to invitee, Glenda Miley, in one or more of the following ways:

    a.  by creating and/or allowing the dangerous condition to exist and remain on the property;

    b.  through its negligent mode of operation, maintenance and/or supervision of the area which allowed the dangerous condition to exist and remain on the property;

    c.  by failing to correct or repair the dangerous condition; and/or

    d.  by failing to otherwise properly mark or warn of the dangerous condition.

11. As a result of the aforementioned negligence, Plaintiff Glenda Miley suffered bodily injury and/or aggravation of previously existing condition, that is permanent within a reasonable degree of medical probability, and resulting pain, suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, loss of ability to perform the usual duties of maintaining her home and household, medical expenses and loss of ability to earn money. These losses are either permanent or continuing and Plaintiff will suffer losses in the future.

**WHEREFORE**, Plaintiff Glenda Miley demands judgment against Defendant Wal-Mart Associates, Inc., together with costs of this action and, further demands a trial by jury on all issues so triable.

## COUNT II

12. Plaintiff Ray Miley realleges and adopts by reference numbered paragraphs 1 through 3, and 5 through 11 above, and further alleges:

13. At all times material hereto, Plaintiff Ray Miley has been the husband of Plaintiff Glenda Miley.

14. As a result of the injuries Glenda Miley suffered in the accident, Ray Miley has lost care, consortium, companionship and services from his wife, and such losses will continue in the future.

**WHEREFORE,** Plaintiff Ray Miley demands judgment for damages against Defendant Wal-Mart Associates, Inc., together with costs of this action, and further demands trial by jury on all issues so triable.

### DEMAND FOR JURY TRIAL

Plaintiffs demand trial by jury on all issues so triable.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to Defendant by Service of Process, this 23rd day of March, 2023.

**PAJCIC & PAJCIC, P.A.**

_____
**CURTIS S. PAJCIC, ESQUIRE**
Florida Bar No.: 0068292
**STEPHEN J. PAJCIC, ESQUIRE**
Florida Bar No.: 143485
One Independent Drive, Suite 1900
Jacksonville, Florida 32202
Telephone: (904) 358-8881
Telefax: (904) 354-1180
Primary E-mail: curt@pajcic.com
Secondary E-mail: sabrina@pajcic.com
**Attorneys for Plaintiff**