# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

GLENDA MILEY,

    Plaintiff,

v.                                        Case No.   3:23-cv-943-MMH-PDB

WAL-MART STORES EAST, LP,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation for Dismissal With Prejudice (Dkt. No. 30; Stipulation) filed on October 11, 2024.  In the Stipulation, the parties request dismissal of this matter with prejudice.  <u>See</u> Stipulation at 1.   Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear its own costs and attorneys' fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 16th day of October, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record